```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0098--CR (JWS)
                         "USA V ROBERT C. HOSIE ET AL"
                              DEF 1.1 HOSIE, ROBERT C.

       In public format, including terminated defendants, excluding terminated counsel


   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 05/21/03
            Closed: 05/05/04
No. of Defendants: 2
   MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: Lance C. Wells
                   733 W. 4th Avenue, Suite 308
                   Anchorage, AK 99501
                   907-274-9696
                   FAX 907-277-9859
                   Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 HOSIE, ROBERT C.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 CONSPIRACY (F) | Sentenced (41-1) |
| 1 -   1 IND | 2 | 21:863(a)(1) SELLING DRUG PARAPHERNALIA (F) | Sentenced (41-1) |
| 1 -   1 IND | 3 | 21:846 & 841(a)(1) & (b)(1)(B) ATTEMPTED DISTRIBUTION OF MARIJUANA (F) | Dismissed (41-1) |
| 1 -   1 IND | 4 | 21:841(a)(1) & (b)(1)(B) DISTRIBUTION OF MARIJUANA (F) | Dismissed (41-1) |
| 1 -   1 IND | 5 | 21:841(a)(1) & (b)(1)(B) DISTRIBUTION OF MARIJUANA (F) | Dismissed (41-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0098--CR (JWS)
                                    "USA V ROBERT C. HOSIE ET AL"
                                       DEF 1.1 HOSIE, ROBERT C.

       In public format, including terminated defendants, excluding terminated counsel


  1 -    1 IND    6       18:1956(a)(3)(A) MONEY LAUNDERING (F)              Sentenced
                                                                             (41-1)

  1 -    1 IND    7       18:1956(a)(3)(A) MONEY LAUNDERING (F)              Sentenced
                                                                             (41-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0098--CR (JWS)
                            "USA V ROBERT C. HOSIE ET AL"
                              DEF 2.1 MCKENNA, ROBERT

         In public format, including terminated defendants, excluding terminated counsel


     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 05/21/03
              Closed: 05/05/04
  No. of Defendants: 2
     MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: Thomas Burke Wonnell
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99501
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 MCKENNA, ROBERT
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 CONSPIRACY (F) | Sentenced (51-1) |
| 1 - 1 IND | 3 | 21:846 & 841(a)(1) & (b)(1)(B) ATTEMPTED DISTRIBUTION OF MARIJUANA (F) | Sentenced (51-1) |
| 1 - 1 IND | 4 | 21:841(a)(1) & (b)(1)(B) DISTRIBUTION OF MARIJUANA (F) | Sentenced (51-1) |
| 1 - 1 IND | 8 | 21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE (F) | Sentenced (51-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A03-0098--CR (JWS)
                          "USA V ROBERT C. HOSIE ET AL"

                     In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 05/21/03
           Closed: 05/05/04
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 05/21/03 | [Re: DEF 1] Issued WOA. |
| NOTE - 2 | 05/21/03 | [Re: DEF 2] Issued WOA. |
| 1 - 1 | 05/21/03 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 05/22/03 | [Re: DEF 1-2] AHB Grand Jury Minutes; Indt secret; WOAs to be issued; no bail set (det per 18:3142). |
| NOTE - 4 | 09/09/03 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 9/9/03. |
| NOTE - 3 | 09/10/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/9/03 |
| NOTE - 5 | 09/10/03 | Issued: Proposed Trial Date Setting for arr re: def 1 & 2 to JWS CMC. |
| 3 - 1 | 09/11/03 | [Re: DEF 1] Financial Affidavit. |
| 4 - 1 | 09/11/03 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 9/24/03. cc USA, L. Wells |
| 5 - 1 | 09/11/03 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, L. Wells, USM, PO |
| 6 - 1 | 09/11/03 | THIS DOCKET ENTRY NOT USED. |
| 7 - 1 | 09/11/03 | [Re: DEF 2] Financial Affidavit. |
| 8 - 1 | 09/11/03 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 9/24/03. cc: USA, B. Wonnell |
| 9 - 1 | 09/11/03 | [Re: DEF 2] AHB Order of Detention Pending Hearing; det hrg set 3:00 p.m., 9/17/03. cc: USA, B. Wonnell, USM, PO |
| 10 - 1 | 09/11/03 | DEF 2 Attorney Appearance of T. Burke Wonnell. |
| 11 - 1 | 09/12/03 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 9/10/03); financial aff FILED; FPD to appoint CJA cnsl;def plead not guilty; det uncontested; order of det pending trial FILED; ptms due 9/24/03; order re: preparation for trial FILED. cc: USA, FPD (CJA Clerk), USM, PO, L. Wells |
| 12 - 1 | 09/12/03 | [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 9/10/03); Financial aff FILED; FPD to appoint CJA cnsl; def detained; det hrg set 9/17/03 at 3:00 p.m.; order of temporary det FILED; ptms due 9/24/03; order re: preparation for trial FILED; crt refused Mr. Cyrus' oral entry of appearance limited to issues of arr and bail. cc: USA, FPD (CJA Clerk), USM, PO, B. Wonnell |
| 13 - 1 | 09/12/03 | [Re: DEF 2] Return of WOA executed at Big Lake, AK by DEA on 9/9/03. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0098--CR (JWS)
                         "USA V ROBERT C. HOSIE ET AL"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 09/12/03 | [Re: DEF 1] Return of WOA executed at Anchorage, AK on 9/9/03. |
| 15 - | 1 | 09/15/03 | DEF 1 Attorney Appearance of Lance C. Wells. |
| NOTE - | 6 | 09/16/03 | Issued: Notice of Speedy Trial Act ddlns re: def 1 to JWS.  cc: CMC |
| NOTE - | 7 | 09/16/03 | Issued: Notice of Speedy Trial Act ddlns re: def 2 to JWS.  cc: CMC |
| 16 - | 1 | 09/17/03 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 11/10/03 at 9:00 a.m. and FPTC for 11/10/03 at 8:30 a.m.. cc: USA, L. Wells, T. Wonnell, USM, USPO, MJ Branson, JC |
| 17 - | 1 | 09/18/03 | [Re: DEF 2] AHB Order of Detention Pending Trial.  cc: USA, B. Wonnell, USM, PO |
| 18 - | 1 | 09/18/03 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of det hrg (held 9/17/03); def's oral mot to release def DENIED; order of det pending trial FILED.  cc: USA, B. Wonnell, USM, PO |
| 19 - | 1 | 09/18/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 20 - | 1 | 09/18/03 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 21 - | 1 | 09/23/03 | DEF 1 CJA appointment of Lance Wells. |
| 22 - | 1 | 09/23/03 | [Re: DEF 2] CJA appointment of B. Wonnell. |
| 23 - | 1 | 10/01/03 | DEF 1 Notice of filing. |
| 24 - | 1 | 10/09/03 | [Re: DEF 1] CJA 20 appointment of L. Wells. |
| 25 - | 1 | 10/09/03 | [Re: DEF 2] CJA 20 appointment of T. Burke Wonnell. |
| 26 - | 1 | 10/15/03 | {SEALED} |
| 27 - | 1 | 10/16/03 | {SEALED} |
| 28 - | 1 | 11/03/03 | DEF 1 Notice of Intent to change plea. |
| 29 - | 1 | 11/03/03 | DEF 2 Notice of Intent to change plea. |
| 30 - | 1 | 11/04/03 | [Re: DEF 1-2] JWS Minute Order setting DEF 1 PCOP hrg on 11/10/03 at 9:00 a.m. and DEF 2 PCOP hrg on 11/12/03 at 9:00 a.m.; 11/10/03 FPTC and TBJ vacated. cc: USA, L. Wells, T. Wonnell, USM, USPO, MJ Branson, JC |
| 31 - | 1 | 11/07/03 | [Re: DEF 1] JWS Minute Order resetting 11/10/03 PCOP to 11/14/03 at 8:30 a.m.. cc: USA, L. Wells, USM, USPO |
| 32 - | 1 | 11/10/03 | {SEALED} |
| 33 - | 1 | 11/12/03 | {SEALED} |
| 34 - | 1 | 11/13/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 35 - | 1 | 11/14/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP held 11/14/03; def changed plea to guilty on cts 1,2,6 and 7 of Indt; IOS set 1/23/04 at 8:30 a.m.; govt to dism charges in A03-0115 CR (JWS) and |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0098--CR (JWS)
                           "USA V ROBERT C. HOSIE ET AL"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | remaining cts in this case at IOS. cc: USA, L. Wells, USM, USPO, MJ Branson |
| 36 - | 1 | 01/15/04 | DEF 1 Sentencing Memorandum w/att exh. |
| 37 - | 1 | 01/16/04 | {SEALED} |
| 38 - | 1 | 01/16/04 | {SEALED} |
| 39 - | 1 | 01/22/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 40 - | 1 | 01/23/04 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: IOS held 1/23/04; def sentenced to 60 mos in prison consisting of 60 mos on ct 1 and 24 mos on cts 2,6,7; terms to run concurrent and w/SOA sentence in 3AN-S90-2236-CR; 60 mos SR consisting of 60 mos on ct 1, 12 mos on ct 2 and 36 mos on cts 6 and 7; all terms to run concurrent; $400.00 SA, def remanded to USM, cts 3-5 dism by govt mot; case A03-115 CR (JWS) dism w/o prej. cc: A03-0115 CR (JWS) |
| 41 - | 1 | 01/26/04 | [Re: DEF 1] JWS Judgment dism cts 3,4,5 of Indt (1-1); pleaded guilty to cts 1,2,6,7 of Indt (1-1); def sentenced to 60 mos in prison on ct 1 and 24 mos in prison on cts 2,6,7 all terms to run concur w/each other and w/sentence imposed on SOA case 3AN-S90-2236 CR; 60 mos SR consisting of 60 mos on ct 1; 12 mos on ct 2 and 36 mos on cts 6 and 7 all terms to run concur; $400.00 SA. cc: USA, L. Wells, Def w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU |
| 42 - | 1 | 02/11/04 | {SEALED} |
| 43 - | 1 | 02/17/04 | [Re: DEF 1] Partial Transcript re: IOS held 1/23/04. |
| 44 - | 1 | 02/24/04 | {SEALED} |
| 44 - | 2 | 02/25/04 | {SEALED} |
| 45 - | 1 | 02/25/04 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 46 - | 1 | 03/01/04 | {SEALED} |
| 47 - | 1 | 03/01/04 | {SEALED} |
| 48 - | 1 | 04/05/04 | {SEALED} |
| 49 - | 1 | 04/26/04 | {SEALED} |
| 50 - | 1 | 05/05/04 | [Re: DEF 2] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: IOS held 4/30/04; sentenced to 188 mos in prison; 60 mos SR on each of cts 1,3,4 and 36 mos on ct 8; all terms to run concurrent; fine waived; $400.00 SA; def remanded to USM. |
| 51 - | 1 | 05/05/04 | [Re: DEF 2] JWS Judgment pleaded guilty to cts 1,3,4,8 of Indt (1-1); sentenced to 188 mos in prison; 60 mos SR on each of cts 1,3,4 and 36 mos on ct 8; all terms to run concurrent; $400.00 SA; def remanded to USM. cc: USA, B. Wonnell, USM, USPO, Def w/cnsls cy, Finance, FLU, MJ Branson |
| 52 - | 1 | 05/05/04 | {SEALED} |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET ENTRIES FOR CASE A03-0098--CR (JWS)
              "USA V ROBERT C. HOSIE ET AL"

              In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 52 - | 2 | 05/11/04 | {SEALED} |
| 53 - | 1 | 05/12/04 | {SEALED} |
| 53 - | 2 | 05/14/04 | {SEALED} |
| 54 - | 1 | 05/25/04 | [Re: DEF 2] Partial Transcript re: IOS held 4/30/04. |
| 55 - | 1 | 10/01/04 | USM Return of svc on judgment re: DEF 2 on 9/16/04 to FMC Rochisltr, MN. |
| 56 - | 1 | 06/30/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 8 | 07/18/05 | Issued: writ of execution re: DEF 2 on PFD. |