**FILED**

FEB 2 2 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

ROBERT GENE MCKENNA,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

No. 06-70162

**RECEIVED**

FEB 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ORDER

3: 03-CR-00098-02 JWS )

---

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

    The application for authorization to file a second or successive 28 U.S.C.

§ 2255 motion in the district court is denied. Petitioner has not made a prima facie

showing under 28 U.S.C. § 2255 of:

    (1) newly discovered evidence that, if proven and viewed in light of the
    evidence as a whole, would be sufficient to establish by clear and convincing
    evidence that no reasonable fact finder would have found the defendant guilty
    of the offense; or

    (2) a new rule of constitutional law, made retroactive to cases on collateral
    review by the Supreme Court, that was previously unavailable.

    No petition for rehearing or motion for reconsideration from the petitioner shall

be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 2 2 2006

by: Bradley Young
Deputy Clerk

S:\MOATT\Panelord\2.21.06\orders\ds3\06-70162.wpd

06-70162

To the extent that petitioner seeks to file an original petition for writ of habeas corpus, the petition must be filed in the district court in the first instance.   If a petition for writ of habeas corpus is filed in the court of appeals, "the application must be transferred to the appropriate district court." Fed. R. App. P. 22(a).

Accordingly, the Clerk shall transfer the petition to the United States District Court for the District of Alaska.

Upon transfer of the petition, the Clerk shall close this original action.