**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case Number 3:03-cr-00098-JWS-2
                                    Case Number 3:06-CV-00051-JWS

v.

ROBERT GENE McKENNA,              **JUDGMENT
                                           IN A § 2255 CASE**

      Defendant.

___   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Mr. McKenna's application for post-conviction relief under 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

APPROVED:

/s/John W. Sedwick
United States District Judge

 March 28, 2006                            Ida Romack
Date                                          Clerk of Court

                                                Pam Richter
                                              (By) Deputy Clerk

[mckenna judgment.wpd]{JMT.WPT*Rev.1/97}