## Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 14828006 | **Current Institution:** Rochester FMC |
| **Inmate Name:** MCKENNA, ROBERT | **Housing Unit:** MED/SURG |
| **Report Date:** 05/16/2006 | **Living Quarters:** D02-102L |
| **Report Time:** 8:32:57 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | 5/16/2006 5:11:48 AM | 70157801 | | | Lockbox - CD | $100.00 | | $120.28 |
| RCH | 5/14/2006 7:52:34 PM | ITS0514 | | | Phone Withdrawal | ($10.00) | | $20.28 |
| RCH | 5/13/2006 3:03:23 PM | ITS0513 | | | Phone Withdrawal | ($5.00) | | $30.28 |
| RCH | 5/3/2006 8:49:33 AM | 36 | | | Sales | ($25.20) | | $35.28 |
| RCH | 5/1/2006 10:54:01 PM | ITS0501 | | | Phone Withdrawal | ($23.00) | | $60.48 |
| RCH | 4/27/2006 11:23:48 AM | 83 | | | Sales | ($1.95) | | $83.48 |
| RCH | 4/27/2006 11:21:58 AM | 81 | | | Sales | ($15.45) | | $85.43 |
| RCH | 4/24/2006 6:31:08 PM | ITS0424 | | | Phone Withdrawal | ($10.00) | | $100.88 |
| RCH | 4/23/2006 5:05:57 AM | 70156202 | | | Lockbox - CD | $100.00 | | $110.88 |
| RCH | 4/20/2006 7:34:27 PM | ITS0420 | | | Phone Withdrawal | ($4.00) | | $10.88 |
| RCH | 4/16/2006 7:52:20 PM | ITS0416 | | | Phone Withdrawal | ($5.00) | | $14.88 |
| RCH | 4/13/2006 7:33:46 PM | ITS0413 | | | Phone Withdrawal | ($10.00) | | $19.88 |
| RCH | 4/12/2006 9:07:34 AM | 48 | | | Sales | ($21.45) | | $29.88 |
| RCH | 4/7/2006 10:57:48 PM | ITS0407 | | | Phone Withdrawal | ($10.00) | | $51.33 |
| RCH | 4/5/2006 11:41:47 AM | 90 | | | Sales | ($18.75) | | $61.33 |
| RCH | 4/3/2006 10:42:06 PM | ITS0403 | | | Phone Withdrawal | ($10.00) | | $80.08 |
| RCH | 4/2/2006 1:04:58 PM | ITS0402 | | | Phone Withdrawal | ($10.00) | | $90.08 |
| RCH | 4/1/2006 3:00:32 PM | ITS0401 | | | Phone Withdrawal | ($10.00) | | $100.08 |
| RCH | 3/27/2006 5:00:48 AM | 70154203 | | | Lockbox - CD | $100.00 | | $110.08 |
| RCH | 3/23/2006 7:58:22 PM | ITS0323 | | | Phone Withdrawal | ($10.00) | | $10.08 |
| RCH | 3/23/2006 8:54:07 AM | 43 | | | Sales | ($0.06) | | $20.08 |
| RCH | 3/23/2006 8:53:28 AM | 39 | | | Sales | ($11.10) | | $20.14 |
| RCH | 3/18/2006 11:00:06 AM | ITS0318 | | | Phone Withdrawal | ($10.00) | | $31.24 |
| RCH | 3/16/2006 5:44:06 PM | ITS0316 | | | Phone Withdrawal | ($10.00) | | $41.24 |
| RCH | 3/13/2006 7:10:42 PM | ITS0313 | | | Phone Withdrawal | ($10.00) | | $51.24 |
| RCH | 3/8/2006 6:29:54 PM | ITS0308 | | | Phone Withdrawal | ($10.00) | | $61.24 |
| RCH | 3/8/2006 9:14:34 AM | 46 | | | Sales | ($10.30) | | $71.24 |
| RCH | 3/6/2006 5:13:46 PM | ITS0306 | | | Phone Withdrawal | ($10.00) | | $81.54 |
| RCH | 3/6/2006 8:11:56 AM | IOS006 | | | FRP Quarterly Pymt | ($35.00) | | $91.54 |
| RCH | 3/4/2006 9:45:04 PM | ITS0304 | | | Phone Withdrawal | ($10.00) | | $126.54 |
| RCH | 3/4/2006 5:55:50 AM | 70152701 | | | Lockbox - CD | $100.00 | | $136.54 |
| RCH | 3/2/2006 9:25:30 PM | ITS0302 | | | Phone Withdrawal | ($2.00) | | $36.54 |
| RCH | 3/1/2006 8:34:45 AM | 23 | | | Sales | ($59.10) | | $38.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RCH | 2/22/2006 1:57:20 PM | FICP0206 | | Inmate Co-pay | ($2.00) | $97.64 |
| RCH | 2/20/2006 2:46:14 PM | ITS0220 | | Phone Withdrawal | ($10.00) | $99.64 |
| RCH | 2/16/2006 4:52:11 PM | ITS0216 | | Phone Withdrawal | ($10.00) | $109.64 |
| RCH | 2/15/2006 8:46:57 AM | 35 | | Sales | ($38.60) | $119.64 |
| RCH | 2/11/2006 3:31:15 PM | ITS0211 | | Phone Withdrawal | ($10.00) | $158.24 |
| RCH | 2/10/2006 5:31:47 AM | 70151201 | | Lockbox - CD | $150.00 | $168.24 |
| RCH | 2/9/2006 7:57:24 PM | ITS0209 | | Phone Withdrawal | ($10.00) | $18.24 |
| RCH | 2/8/2006 10:34:04 PM | ITS0208 | | Phone Withdrawal | ($10.00) | $28.24 |
| RCH | 2/8/2006 8:30:09 AM | 19 | | Sales | ($12.05) | $38.24 |
| RCH | 2/6/2006 7:59:49 PM | ITS0206 | | Phone Withdrawal | ($10.00) | $50.29 |
| RCH | 2/1/2006 10:54:58 PM | ITS0201 | | Phone Withdrawal | ($10.00) | $60.29 |
| RCH | 1/28/2006 1:49:26 PM | ITS0128 | | Phone Withdrawal | ($11.00) | $70.29 |
| RCH | 1/24/2006 12:19:46 PM | 146 | | Sales | ($10.40) | $81.29 |
| RCH | 1/23/2006 6:33:03 PM | ITS0123 | | Phone Withdrawal | ($10.00) | $91.69 |
| RCH | 1/19/2006 7:08:00 PM | ITS0119 | | Phone Withdrawal | ($10.00) | $101.69 |
| RCH | 1/18/2006 9:02:16 AM | 27 | | Sales | ($68.75) | $111.69 |
| RCH | 1/15/2006 1:22:29 PM | ITS0115 | | Phone Withdrawal | ($20.00) | $180.44 |

1 2

**Total Transactions: 96**

**Totals:** ($23.05) $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | $120.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.28 |
| **Totals:** | **$120.28** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$120.28** |