IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ROBERT McKENNA, )
)
    Petitioner-Appellant, )
)
vs. ) Civil No. 06-CV-51-(JWS)
) 3:03-cr-00098 Jws
UNITED STATES OF AMERICA, )
)
    Respondent-Appellee. )
)
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Robert McKenna, Petitioner-Appellant, in the above caption and case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order dismissing his Civil motion pursuant to Title 28 U.S.C. § 2255 entered March 28, 2006, and denying his moiton pursuant to Civil Rule 59(e) entered April 25, 2006.

Respectfully Submitted,

*[signature]*
Robert McKenna
Reg. 14828-006
Federal Medical Center
½MB 4000
Rochester, MN 55903-4000