## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|     UNITED STATES OF AMERICA     | v. |     ROBERT MCKENNA     |

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:03-cr-00098-02-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion for leave to proceed in forma pauperis on appeal at docket 67 is **GRANTED**.

DATE: June 2, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]