### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     ROBERT MCKENNA

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:03-cr-00098-02-JWS

Deputy Clerk                            Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court will treat the notice of appeal as having included a request for a certificate of appealability.  The request for a certificate of appealability is **DENIED**, because McKenna has not made a substantial showing of a denial of a constitutional right.  See the order at docket 66.

DATE:  June 2, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]