**FILED**

UNITED STATES COURT OF APPEALS

**JAN 25 2007**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROBERT GENE MCKENNA,<br><br>Defendant - Appellant. | No. 06-35513<br><br>D.C. Nos. CV-06-00051-JWS<br>CR-03-00098-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |
|---|---|

RECEIVED

JAN 29 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: GOULD and PAEZ, Circuit Judges.

The stay of this case is lifted because the Supreme Court has filed its decision in *Burton v. Stewart*, No. 05-9222, 2007 WL 43832 (U.S. January 9, 2007).

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 25 2007

By: _____
Deputy Clerk

RESEARCH