PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert C. Hosie                    Case Number: A03-0098-1 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:     January 23, 2004

Original Offense:              Conspiracy; Selling Drug Paraphernalia; Money Laundering

Original Sentence:             60 months imprisonment, Five years supervised release

Date Supervision Commenced: October 26, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

7.  The defendant shall reside at a community corrections center (i.e. the Cordova Center) following release from custody for a period of up to six months and shall abide by the rules and regulations of the Cordova Center. The defendant shall be allowed release from the Cordova Center prior to the expiration of his six-month placement at the discretion of the probation officer if suitable housing is secured and approved by the probation officer. While at the Cordova Center the defendant shall be eligible for work release, medical/treatment appointments, and other releases if allowed by the rules of the Cordova Center.

8.  The defendant shall participate in a program of sex offender assessment and treatment, as directed by the probation officer, until such time as he/she is released from the program. This assessment and treatment may include physiological testing such as polygraph to assist in planning, case monitoring, and supervision. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of release. The defendant shall waive his right of confidentiality in treatment and sign any necessary releases for any records imposed as a consequence of this judgment to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider(s).

9.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two

*Request for Modification of Conditions or Term*
Name of Offender        :        Robert C. Hosie
Case Number             :        A03-0098-1 CR (JWS)

periodic drug tests thereafter not to exceed 12 tests per month.

## CAUSE

Re #7:  On October 26, 2007, the offender arrived in Anchorage, Alaska, following his release that date from the custody of the Bureau of Prisons, without the benefit of halfway house placement.  The offender does not have a suitable residence.  Halfway house placement will be beneficial in providing the offender with a suitable residence and can facilitate his ability to obtain gainful employment to improve his current circumstances.  The offender has agreed to this modification as indicated by the attached Probation Form 49.

Re #8: On March 1, 1999, in Anchorage, Alaska, the offender was convicted of Sexual Abuse of a Minor in the First Degree (two counts) and Sexual Abuse of a Minor in the Second Degree (six counts).  At the offender's sentencing for the instant offense on January 23, 2004, the Court imposed a special condition for mental health treatment to address supervision issues presented by the defendant's sex offense.  Since that time, the U.S. Probation Office has established a contract with a provider to provide sexual offender treatment.  In lieu of the mental health treatment condition, a special condition specifically providing for a sexual offender assessment and treatment for this defendant would appear to more properly address any risks and needs of the defendant, and is therefore recommended above.  The probationer has agreed to this modification as indicated by the attached Probation Form 49.

Re #9:  The above modification is sought in order to begin drug testing in this case in compliance with *U.S. v. Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).  The probationer has agreed to this modification as indicated by the attached Probation Form 49.

Respectfully submitted,

**REDACTED SIGNATURE**

Scott E. Kelley
Senior U.S. Probation/Pretrial Services Officer
Date:  October 29, 2007

Approved by:

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

*Request for Modification of Conditions or Term*
*Name of Offender        :        Robert C. Hosie*
*Case Number             :        A03-0098-1 CR (JWS)*

## THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date: 10-29-07

-3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF ALASKA

**U.S.A. v ROBERT C. HOSIE**                              Docket No. A03-0098-1 CR (JWS)

      I, __Robert C. Hosie__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

7.     The defendant shall reside at a community corrections center (i.e. the Cordova Center) following release from custody for a period of up to six months and shall abide by the rules and regulations of the Cordova Center. The defendant shall be allowed release from the Cordova Center prior to the expiration of his six-month placement at the discretion of the probation officer if suitable housing is secured and approved by the probation officer. While at the Cordova Center the defendant shall be eligible for work release, medical/treatment appointments, and other releases if allowed by the rules of the Cordova Center.

8.     The defendant shall participate in a program of sex offender assessment and treatment, as directed by the probation officer, until such time as he/she is released from the program. This assessment and treatment may include physiological testing such as polygraph to assist in planning, case monitoring, and supervision. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of release. The defendant shall waive his right of confidentiality in treatment and sign any necessary releases for any records imposed as a consequence of this judgment to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider(s).

9.     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed 12 tests per month.

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision
Robert C. Hosie

Signed: *Robert C. Hosie*   Date: 10-29-07
        Robert C. Hosie
        Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_   Date: 10/29/07
        Scott E. Kelley
        Senior U.S. Probation/Pretrial Services Officer